[Crim. No. 1693. Second Appellate District, Division One.—
September 19, 1928.]

THE PEOPLE, Respondent, v. HARRY WARNER,
Appellant.

Roscoe O. Stotter for Appellant.

U. S. Webb, Attorney-General, John L. Flynn, Deputy
Attorney-General, and John D. Richer for Respondent.

THE COURT.—This is an appeal from a judgment of con-
viction on a charge of burglary.　　The sole ground of
appeal relied upon by appellant is identical with the con-
tention of appellant in *People* v. *Giron* (Crim. No. 1699),
*ante*, p. 53 [270 Pac. 462]. On the authority of that
decision, and for the reasons therein appearing, the judg-
ment in this case is affirmed.

A petition for a rehearing of this cause was denied by the
district court of appeal on October 15, 1928.